UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ESQUIVEL CANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN BERNIE ELLIS,<br><br>　　　　　Respondent. | 1:05-cv-00418-LJO-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 5)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 On February 28, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Grounds One and Three in the petition for writ of habeas corpus be DISMISSED because those claims did not allege grounds that would entitle him to relief under 28 U.S.C. § 2241.  (Doc. 5).  The Report and Recommendation also recommended that the remaining claim, Ground Two, be denied on the merits.  (Id.).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, none of the parties has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Report and Recommendation issued February 28, 2007 (Doc. 5), is ADOPTED IN FULL;

　　　　2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED as to Grounds One and Three and DENIED as to Ground Two; and

1      3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the
2  file.
3      This order terminates the action in its entirety.
4
5  IT IS SO ORDERED.
6  **Dated:**   **April 17, 2007**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE